1  **NICHOLAS & TOMASEVIC, LLP**
   Craig M. Nicholas (SBN 178444)
2  Shaun Markley (SBN 291785)
   225 Broadway, 19th Floor
3  San Diego, California 92101
   Telephone:  (619) 325-0492
4  Facsimile:   (619) 325-0496
   Email: cnicholas@nicholaslaw.org
5  Email: smarkley@nicholaslaw.org

6  **GLICK LAW GROUP, P.C.**
   Noam Glick (SBN 251582)
7  225 Broadway, Suite 2100
   San Diego, California 92101
8  Telephone: (619) 382-3400
   Facsimile:   (619) 615-2193
9  Email: noam@glicklawgroup.com

10 Attorneys for Plaintiff
   KIM EMBRY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| KIM EMBRY, individual, | Case No. 3:17-cv-01989-JAH-BGS |
|---|---|
| Plaintiffs, | **NOTICE OF DISASSOCIATION OF KELSEY D. MCCARTHY** |
| vs. | |
| COQUETTE INTERNATIONAL, INC., a Delaware corporation; and DOES 1-100, inclusive | Judge:     Hon. John A. Houston |
| Defendant. | Complaint Filed: May 25, 2017 |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that attorney Kelsey D. McCarthy hereby disassociates as counsel of record for Plaintiff Kim Embry. Kelsey D. McCarthy is no longer associated with the law firm Glick Law Group, P.C. Counsel of record for Plaintiff otherwise remains the same.

Dated: November 17, 2017

**GLICK LAW GROUP, P.C.**

By: _____
Noam Glick
225 Broadway, Ste. 2100
San Diego, CA 92101
Telephone:   (619) 382-3400
Facsimile:   (619) 615-2193
Email: noam@glicklawgroup.com

Attorney for Plaintiff